IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL EARL IVORY, #116717, and<br>CEDRIC PHILLIPS, #169252,<br><br>      Plaintiffs,<br><br>vs.<br><br>JAMES MULLINS, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:11cv-953-WHA<br>)<br>)      (WO)<br>)<br>) |

## **JUDGMENT**

Pursuant to the order entered in this case on this day,

Judgment is entered in favor of the Defendants and against the Plaintiffs, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiffs.

DONE this 12th day of March, 2014.

                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE